IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR430 |
| | ) | |
| DAMION L. DORTCH, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

   Before the Court is defendant's Motion to Continue Evidentiary Hearing [24] due to the fact that defense counsel is in a jury trial before Chief Judge Bataillon.   Good cause being shown, the motion is granted and the previously scheduled evidentiary hearing on the Motion to Suppress will be rescheduled.

   IT IS ORDERED:

   1.   That the defendant's Motion to Continue Evidentiary Hearing [24] is granted; and

   2.   That the evidentiary hearing on the Motion to Suppress Evidence [12] is continued to **April 19, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett.
,
   Since this is a criminal case, the defendant must be present, unless excused by the Court.

   DATED this 28th day of March, 2006.

                                    BY THE COURT:


                                    s/ F.A. Gossett
                                    United States Magistrate Judge